UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SEAN MICHAEL RYAN, | Case No. 22-13002 |
| Plaintiff, | Sean F. Cox |
| v. | Chief United States District Judge |
| STATE OF MICHIGAN, *et al.*, | Curtis Ivy, Jr. |
| Defendants, | United States Magistrate Judge |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE (ECF No. 86)
AND ENTERING A TEMPORARY STAY ON ANSWERING PLAINTIFF'S
<u>SECOND AMENDED COMPLAINT (ECF No. 87)</u>**

In response to the Court's Order entered on January 17, 2025, (ECF No. 83), Plaintiff filed an amended complaint on January 28, 2025. (ECF No. 85). As this amended pleading did not comply with the Court's Orders, Plaintiff filed a motion to strike his erroneous amended pleading, (ECF No. 86), and a new amended complaint consistent with this Court's instructions, (ECF No. 87). Plaintiff's motion to strike is **GRANTED**.

That said, there is still some time for Plaintiff to submit a new amended complaint as earlier stated by the Court. (ECF No. 83). The Court does not want to put Defendants in the position of answering Plaintiff's amended complaint, (ECF No. 87), only for Plaintiff to then submit a new amended pleading. The

Court therefore enters a **TEMPORARY STAY ON ANSWERING PLAINTIFF'S AMENDED COMPLAINT (ECF No. 87)**. If Plaintiff timely files an amended complaint, then the undersigned will screen it. At that time, the Court will evaluate whether to lift this temporary stay and assess the pending motion regarding the Wellpath bankruptcy proceedings, (ECF No. 80).

**IT IS SO ORDERED.**

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: February 14, 2025                     s/Curtis Ivy, Jr.
                                            Curtis Ivy, Jr.
                                            United States Magistrate Judge

**CERTIFICATE OF SERVICE**

2

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on February 14, 2025.

                                              <u>s/Sara Krause</u>
                                              Case Manager
                                              (810) 341-7850